A IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
MAR 1 8 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 20-30042-NJR |
| vs. ) | |
| ) | Title 21, United States Code, |
| CHRISTOPHER R. GRANT, ) | Sections 841 and 856 |
| Defendant. ) | Title 18, United States Code, |
| ) | Sections 922, 924(c), and 924(j) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
#### DISTRIBUTION OF CRACK COCAINE

On or about July 9, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER R. GRANT,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2
#### DISTRIBUTION OF CRACK COCAINE

On or about July 18, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER R. GRANT,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing

cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3
#### DISTRIBUTION OF CRACK COCAINE

On or about August 21, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER R. GRANT,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 4
#### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

On or about August 21, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER R. GRANT**

defendant herein, did knowingly possess a firearm, being a 9mm handgun, an AK-style rifle, and an AR-15 style rifle in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Distribution of Crack Cocaine, as charged in Count 3, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 5
#### MAINTAINING A DRUG-INVOLVED PREMISES

Between on or about February 1, 2019 to on or about August 23, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER R. GRANT**

defendant herein, did knowingly use and maintain the residence at 1424 North 42nd Street, East St. Louis, Illinois, for the purpose of distributing controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

### COUNT 6
### USE OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

On or about August 23, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER R. GRANT**

defendant herein, did knowingly discharge a firearm: being a Glock, Model 19, 9mm caliber pistol, serial number ACXA695; in furtherance of the commission of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Maintaining a Drug-Involved Premises, as charged in Count 5, in violation of in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 7
### USE OF A FIREARM TO COMMIT MURDER IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

On or about August 23, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER R. GRANT**

defendant herein, did knowingly discharge a firearm: being a Glock, Model 19, 9mm caliber pistol, serial number ACXA695; in furtherance of the commission of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Maintaining a Drug-Involved Premises, as charged in Count 5, and in the course of such violation caused the death of Trooper Nicholas Hopkins through the use and discharge of a firearm, and the killing was a murder, as defined in Title 18, United States Code, Section 1111, in that it was the unlawful killing of a human

being with malice aforethought, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(j)(1).

## COUNT 8
### FELON IN POSSESSION OF A FIREARM

On or about August 23, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER R. GRANT**

defendant herein, knowing that he had been previously convicted of a felony punishable by a term of imprisonment exceeding one year, being, Unlawful Possession of Controlled Substance, on October 30, 2003 in Case No. 03-CF-1274 in St. Clair County, Illinois, did knowingly possess, in and affecting commerce, a firearm, to wit: a Glock, Model 19, 9mm caliber pistol, serial number ACXA695; a Romarm Cugir AK-style Model Draco, 7.62X39 caliber pistol, serial Number PE-4350-2018 RO; a Bushmaster AR-15 style, Model Carbine 15, .223/.556 caliber pistol, serial number CBC045924; a Mag. Tactical Systems LLC, Model NG-G4, multi-caliber rifle, serial number MTS08854; a Smith and Wesson, Model 36, .38 Special caliber revolver, serial number 489356; a Berretta, Model APX PB, 9X19 caliber pistol, serial number A007963X; a Glock, Model 21 Gen 4, .45 auto caliber pistol, serial number XHD639; and a Taurus, Model PT809C, 9mm pistol, serial number TKN247331, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 4, 6, 7 and 8 of this Indictment,

**CHRISTOPHER R. GRANT,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in any knowing violation of 18 U.S.C. § 924(c)(1)(A) or 18 U.S.C. §

922(g)(1), including, but not limited to, the following:

    A Glock, Model 19, 9mm caliber pistol, serial number ACXA695;

    A Romarm Cugir AK-style Model Draco, 7.62X39 caliber pistol, serial Number PE-4350-2018 RO;

    A Bushmaster AR-15 style, Model Carbine 15, .223/.556 caliber pistol, serial number CBC045924;

    A Mag. Tactical Systems LLC, Model NG-G4, multi-caliber rifle, serial number MTS08854;

    A Smith and Wesson, Model 36, .38 Special caliber revolver, serial number 489356;

    A Berretta, Model APX PB, 9X19 caliber pistol, serial number A007963X;

    A Glock, Model 21 Gen 4, .45 auto caliber pistol, serial number XHD639;

    A Taurus, Model PT809C, 9mm pistol, serial number TKN24733l;

and any and all ammunition contained therein or seized therewith.

A TRUE BILL

*Ali Summers*
ALI SUMMERS
Assistant United States Attorney

*Steven D. Weinhoeft*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention