UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>        Plaintiff,                                 )<br>                                                      )     Cause No. 3:20-CR-30042-NJR<br>vs.                                                 )<br>                                                      )<br>CHRISTOPHER GRANT,                  )<br>        Defendant.                             ) | |

**DEFENDANT'S MOTION TO CONTINUE FINAL PRETRIAL**
**CONFERENCE AND TRIAL DATE**

COMES NOW Defendant, CHRISTOPHER GRANT, by and through his attorney, and respectfully moves this Court to continue the Trial Setting set on March 16, 2021 and Final Pretrial Conference on March 9, 2021.  In support of his Motion, Defendant states the following:

1. Because of COVID-19, the defense has not been able to adequately advise defendant of the consequences of the offense.  Counsel has not been able to adequately investigate the circumstances surrounding the offense or the defendant's social/psychological history to adequately represent Mr. Grant.  Defendant requests more time to review the discovery with the defendant to decide if going to trial is in his best interests.  Defendant believes that this additional time is necessary to afford counsel the reasonable time necessary to complete his investigation, prepare for trial, and to properly inform defendant of the consequences of pleading.   Thus, the ends of justice served in granting the motion for additional time far outweigh the interests of the public or the defendant in a speedy trial.

    WHEREFORE Defendant, Christopher Grant, respectfully requests a continuance.

Respectfully Submitted,

/s/ David Bruns

_____

David Bruns #38665MO
Attorney for Defendant
225 South Meramec, Suite 1100
Clayton, MO 63105
Phone:  314-832-0202
Fax:     314-269-1042
david@brunspc.com

CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the U.S. Attorney's Office via electronic e-mail on the above date.

/s/ David Bruns

_____