

GOVERNMENT EXHIBIT 1