

Figure 1 – Fortified doors on the left and right

GOVERNMENT EXHIBIT
3