



Illinois State Police
Division of Forensic Services
Crime Scene Services Command

| | |
|---|---|
| DFS Case #: | DFS19-036354 |
| Agency: | Illinois State Police, DII - Southern Command |
| Agency Case #: | IL19AA01715 |
| Scene #: | 19 |
| Analyst: | CSI William Hentze |

### Crime Scene Worksheet

## CASE INFORMATION

**Case Number:** DFS19-036354
**Investigating Officer:** CSI William Hentze
**Date Time Case Was Opened:** Oct 19 2021 11:50
**District:** Crime Scene Region 5
**Details Description:** OIS/Death investigation. Trajectory requested on the entry door from the scene.
**Details Offenses:**
- **Offense:** Use of Force Investigation
  **Time Occurred Approximate:** Aug 23 2019 06:00

**Details Other Cases:**
- **Case Number:** IL19AA01715
  **Agency Name:** Illinois State Police, DII - Southern Command
  **Relationship To This Case:** Primary
  **Main Contact:** Lt. Mike Lewis

## SCENE INFORMATION

**Type:** Police Station
**Scene Number:** 19
**Date Time First Arrival:** Oct 19 2021 11:45
**Date Time Scene Released:** Oct 19 2021 14:00
**First Officer On Scene:** Lt. Mike Lewis
**Secured By Officer:** Lt. Mike Lewis
**How Was The Scene Secured:** Secure evidence vault
**Was A Warrant Used:** No
**Was Consent Given To Enter:** No
**What Was The Legal Justification:** Processing existing evidence
**General Description Of The Scene:** District 11 evidence vault
**Weather Temp Humidity Clouds:** 64.6 F / 18.1 C; Humidity: 58.0%; overcast clouds
**Address Of The Scene:** 1100 Eastport Plaza Drive, Collinsville, IL 62234

## PEOPLE

**Related To Case:** Victim
**First Name:** Nicholas
**Last Name:** Hopkins
**Sex:** Male
**Race:** White
**Addresses:**



GOVERNMENT EXHIBIT 4





Illinois State Police
Division of Forensic Services
Crime Scene Services Command

| | |
|---|---|
| DFS Case #: | DFS19-036354 |
| Agency: | Illinois State Police, DII - Southern Command |
| Agency Case #: | IL19AA01715 |
| Scene #: | 19 |
| Analyst: | CSI William Hentze |

## Crime Scene Worksheet

## SCENE ACCESS

**Type:** Entry
**Accessed By:** CSI William Hentze
**Area Of Access:** D11 Evidence Vault
**Date Time Of Entry:** Oct 19 2021 11:45
**Purpose Of Access:** Crime Scene Processing
**Person Protective Equipment PPE Worn:** Nitrile Gloves
**Additional Description:** The processing was discussed with Lt. Lewis prior to departure. The drawer remained secure.
**Time Requested For Scene:** Oct 19 2021 11:45
**Requested By:** Lt. Mike Lewis
**Time Dispatched To Scene:** Oct 19 2021 11:45
**On Scene Officer:** Lt. Mike Lewis
**Briefed By:** Lt. Mike Lewis
**Briefing Notes:** AUSA Summers requested additional photos and trajectory measurements from the entry door collected from the scene.

## AREAS

**Name Of This Area:** D11 Evidence Vault

## NOTES

**Type:** Scene Observation
**Details Note:** CSI Hentze met with Lt. Lewis at ISP District 11 headquarters. The entry door (Ex #63) was photographed and examined. Two sequential defects were observed on the upper edge of the door. The entrance defect (B1E1) was on the interior surface of the door in the upper left. The exit defect (B1X1) was observed in the upper right of the exterior surface near a door knocker.

Labels were affixed and additional photographs were taken. A rod was placed through the defect and the vertical and horizontal angles were measured on the interior surface.

A red laser was placed on the interior end of the rod and photographed. The height of the projected laser was measured at 21' and 10' from the door.

The defect was 4' 11 3/4" high. The laser at 21' was 3' 3" high. The laser at 10' was 4' 4" high.

## TECHNIQUES

**Type:** Shooting Reconstruction
**Performed By:** CSI William Hentze
**Defect Path:** Path
**Defect Path Designation:** B1E1 - B1X1
**Path Determined Using:** Rods





Illinois State Police
Division of Forensic Services
Crime Scene Services Command

DFS Case #:      DFS19-036354
Agency:          Illinois State Police, DII - Southern Command
Agency Case #:   IL19AA01715
Scene #:         19
Analyst:         CSI William Hentze

### Crime Scene Worksheet

**Extraction Technique:** N/A
**Photo With Scale:** Yes
**Additional Description:** Trajectory was processed on the entry door. No additional defects were observe traveling through the entry door from the interior to the exterior.
**Details Technique Defects:**
- **Defect Designation:** B1E1
  **Vertical Angle Degrees:** 85; Upward
  **Horizontal Angle Degrees:** 65; Left to right (interior)
  **Additional Defect Description:** Measurements were taken from the entrance defect on the interior surface of the door. The defect was located in the upper left of the interior. Defect was 4' 11 3/4" high.

# EVIDENCE

**Evidence Number:** No Items

# PHOTOS

**Photographer:** CSI William Hentze
**Reason For Photos:** Documentary
**Number Of Photos Taken:** 42
**Camera Used:** Canon T7i

![Illinois State Police seal] Illinois State Police  
Division of Forensic Services  
Crime Scene Services Command

| | |
|---|---|
| DFS Case #: | DFS19-036354 |
| Agency: | Illinois State Police, DII - Southern Command |
| Agency Case #: | IL19AA01715 |
| Scene #: | 1 |
| Analyst: | CSI William Hentze |

## Photo Sheet




IMG_0364.JPG


IMG_0365.JPG


IMG_0366.JPG


IMG_0367.JPG


IMG_0368.JPG


IMG_0369.JPG


IMG_0370.JPG


IMG_0371.JPG


IMG_0372.JPG

Date of Report: Oct 19, 2021	Page 1 of 5

| | Illinois State Police<br>Division of Forensic Services<br>Crime Scene Services Command | DFS Case #: DFS19-036354<br>Agency: Illinois State Police, DII - Southern Command<br>Agency Case #: IL19AA01715<br>Scene #: 1<br>Analyst: CSI William Hentze |
|---|---|---|

## Photo Sheet


IMG_0373.JPG


IMG_0374.JPG


IMG_0375.JPG


IMG_0376.JPG


IMG_0377.JPG


IMG_0378.JPG


IMG_0379.JPG


IMG_0380.JPG


IMG_0381.JPG

Date of Report: Oct 19, 2021  Page 2 of 5



Illinois State Police
Division of Forensic Services
Crime Scene Services Command

| | |
|---|---|
| DFS Case #: | DFS19-036354 |
| Agency: | Illinois State Police, DII - Southern Command |
| Agency Case #: | IL19AA01715 |
| Scene #: | 1 |
| Analyst: | CSI William Hentze |

## Photo Sheet


IMG_0382.JPG


IMG_0383.JPG


IMG_0384.JPG


IMG_0385.JPG


IMG_0386.JPG


IMG_0387.JPG


IMG_0388.JPG


IMG_0389.JPG


IMG_0390.JPG



| | |
|---|---|
| Illinois State Police<br>Division of Forensic Services<br>Crime Scene Services Command | DFS Case #: DFS19-036354<br>Agency: Illinois State Police, DII - Southern Command<br>Agency Case #: IL19AA01715<br>Scene #: 1<br>Analyst: CSI William Hentze |

## Photo Sheet



IMG_0391.JPG



IMG_0392.JPG



IMG_0393.JPG



IMG_0394.JPG



IMG_0395.JPG



IMG_0396.JPG



IMG_0397.JPG



IMG_0398.JPG



IMG_0399.JPG





Illinois State Police
Division of Forensic Services
Crime Scene Services Command

| | |
|---|---|
| DFS Case #: | DFS19-036354 |
| Agency: | Illinois State Police, DII - Southern Command |
| Agency Case #: | IL19AA01715 |
| Scene #: | 1 |
| Analyst: | CSI William Hentze |

## Photo Sheet


IMG_0400.JPG


IMG_0401.JPG


IMG_0402.JPG


IMG_0403.JPG


IMG_0404.JPG


IMG_0405.JPG