

*Figure 1 – Front Door / Door Knocker*

GOVERNMENT EXHIBIT 6