

*Figure 1 - Closeup of bullet hole*