

GOVERNMENT
EXHIBIT

9





**Page 3 of 4**

