

**Glock Model 19, .9 mm murder weapon (with magazine)**

Page 1 of 11

GOVERNMENT EXHIBIT 10



**Glock Model 19 .9mm murder weapon (overview)**



**Mag. Tactical multi-caliber rifle**



Beretta .9mm



**Bushmaster AR 15**



**Glock model 21, .45 caliber**



**Glock model 22, .40 caliber**



**Romarm Cugir AK 7.62x39 pistol**



**S&W .38 special**



Taurus .9mm



Various magazines