8:20 

 **Whitney Hopkins**
1h ·

It was the longest drive you can imagine, it was quiet, with little words spoken. You could hear the road under the tires. I think my heart was pounding faster then the speed we were going. I had no idea what we were about to walk into, but knew it was bad.

As we pulled up ISP and Hosptial staff escorted us up, as I walked into that room my whole world melted. Yet there was enormous amount of strength that pushed through my body. There were so many people and doctors and staff and hurting hearts, and the only thing I could do was lay next to you. The only thing I could do was spend a few extra hours that dwindled down to minutes and then into seconds.

I can still feel the heaviness of your hand, your arm. This sounds crazy but you have no idea what I would give to spend those last moments there next to you. We weren't able to speak but I knew you knew I was there, that we were all there. I

 News Feed    Watch    Groups    News    Notifications   

GOVERNMENT EXHIBIT 12

knew I was there, that we were all there. I hope I never lose the hurt of you not being here. I hope it never leaves.

I will be forever grateful that everyone on scene that day, including the drs and staff, were able to get you to that hospital room. It was the worst, shortest day ever. I dreaded every single hour that past, not knowing exactly how long you would get to be here with me. Knowing that was the last morning I had to wake up next you, knowing that I wouldn't get to hold your hand again, get to dance in the kitchen with you, get to kiss you again.

 Every morning I wake up and there is a heaviness in the air that you're not here, but we train ourselves to drive through the fog. Eventually it lifts for a little while and the sun shines through. So much of my heart left with you that afternoon. Everyday I feel you around us.

I watch the kids growing up and wish you could be part of that. Wish you could be here to throw them those pitches and be there to drop them off on there first days


News Feed

Watch

Groups

News

Notifications

Menu

there to drop them off on there first days of school.

I have felt every single day in the last two years. So yeah while I can believe we are at the 2 year mark, it's crazy to me to completely comprehend that this is all real. I still feel like most days you're working or hunting or doing a side job and that you're not really gone. Then the reality hits.

I am beyond grateful for my eternal faith, I know without Jesus, without that hope and promise of heaven I would not have made it this far. God has placed so many intentional people in my life. Our friends, family and people I still have yet had the chance to meet have lifted us up and created this incredible amount of strength. Strength to breathe and continue our journey of life.

I will never stop missing you, I would do us, every minute of us, all over again, even knowing this is was the way the cards would be dealt. I love you forever and miss you more then my heart can handle right now. I would do almost

handle right now. I would do almost anything to hear you again, to see your face and that huge smile, to laugh with you.

I am also so grateful that I get to be here to do this game called Life, to get to keep going, to be with our babies and to feel this overwhelming amount of grace and love that God continues to show, because I know it very easily could have been written a different way. We could have both been gone that day. So please don't stop showing up in the small ways and please keep sending the smiles down from heaven.

I love you. Forever.







you.

I am also so grateful that I get to be here to do this game called Life, to get to keep going, to be with our babies and to feel this overwhelming amount of grace and love that God continues to show, because I know it very easily could have been written a different way. We could have both been gone that day. So please don't stop showing up in the small ways and please keep sending the smiles down from heaven.

I love you. Forever.





