IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  20-cr-30042-NJR |
| ) | |
| CHRISTOPHER R. GRANT, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITNESS TESTIMONY**

The United States of America hereby gives notice to the Court and the Defendant that it intends to call the following witness to testify at the sentencing hearing to be held on November 9, 2021:

1. Lieutenant Michael Lewis from the Illinois State Police. Lt. Lewis will testify regarding the trajectory of the bullet fired through the right front door of the house at 1424 North 42nd Street.

2. Major Calvin Brown from the Illinois State Police. Major Brown will testify about the extent of the law enforcement response immediately after the shooting of Trooper Hopkins on August 23, 2019.

3. The anticipated length of the testimony is less than 45 minutes.

Respectfully submitted,

UNITED STATES OF AMERICA,

STEVEN D. WEINHOEFT
United States Attorney

s/ Steven D. Weinhoeft

Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700 telephone
(618) 628-3720 facsimile
E-mail: Steven.Weinhoeft@usdoj.gov

/s/ Ali M. Summers

ALI M. SUMMERS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700 telephone
(618) 628-3720 facsimile
Email: Ali.Summers@usdoj.gov